B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                                 Case No. **10-33952 EEB**

**Ball Four, Inc.**                                                    Chapter **11**

                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 0.00 | Ending 5/31/10 - unknown |
| 793,910.00 | Ending 5/31/09 |
| 778,320.00 | Ending 5/31/08 |

## 2. Income other than from employment or operation of business

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 0.00 | Ending 5/31/10 from Rental, Vending & Misc. - unknown |
| 117,589.00 | Ending 5/31/09 - from Rental, Vending & Misc. |
| 76,417.00 | Ending 5/31/08 - from Rental, Vending & Misc. |

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Coors Distribution Company**<br>**5400 Pecos St**<br>**Denver, CO  80221-6404** | 6/24/10 - 197.50<br>7/1/10 - 1,199.00<br>7/8/10 - 679.25<br>7/15/10 - 1,061.25<br>7/21/10 - 2,515.25<br>7/28/10 - 885.50<br>8/12/10 - 3,861.15<br>8/18/10 - 1,106.50<br>8/26/10 - 1,356.50<br>9/2/10 - 497.00 | 13,358.90 | 0.00 |
| **Anheuser Busch** | 6/24/10 - 121.00<br>6/29/10 - 710.00<br>7/9/10 - 806.05<br>7/16/10 - 388.00<br>7/23/10 - 2,767.00<br>7/30/10 - 1,220.00<br>8/5/10 - 195.00<br>8/13/10 - 908.50<br>8/20/10 - 1,223.90<br>8/27/10 - 677.00<br>9/3/10 - 855.00<br>9/11/10 - 1,182.20 | 11,053.65 | 0.00 |
| **Denver Syrup & Bar Supply**<br>**353 W 56th Ave**<br>**Denver, CO  80216-1621** | 6/25/10 - 1,700.00<br>6/28/10 - 1,125.30<br>7/21/10 - 1,500.00<br>8/12/10 - 1,300.00<br>8/27/10 - 1,400.00 | 7,025.30 | 0.00 |

None ☐   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Answer To Question #23.** | | **0.00** | **0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **J.M.E. Highland Corporation d/b/a Beaver Builders &** | **Breach of Contract** | **District Court, Jefferson County, Colorado** | **Transferred to Denver County District Court** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Excavating, Inc. v. Ball Four, Inc.
d/b/a Softball Country, Case No.
06cv3988

| | | |
|---|---|---|
| **J.M.E. Highland Corporation d/b/a Beaver Builders Excavating, Inc. v. Ball Four, Inc. d/b/a Softball Country, Case No. 07cv4222** | **Breach of Contract** | **District Court, City and County of Denver, Colorado** |
| | | **Stipulation for Judgment Reached** |
| **Western Distributing Company d/b/a Western Beverage Distributing Company v. Ball Four, Inc. d/b/a Softball Country and Larry Gentry, Case No. 10C69227** | **Action on book account for goods sold and delivered** | **County Court, City and County of Denver, Colorado** **Pending** |
| **Diamond Excavating, Inc. v. Ball Four, Inc.; Firstier Bank; and the Public Trustee of Adams County, Case No. 07cv1842** | **Mechanic's Lien Foreclosure** | **District Court, Adams County, Colorado** |

None ☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Firstier Bank 2921 W 120th Ave Westminster, CO 80234-2944** | **set for 9/22/10** | **2101 W. 64th Ave., Denver, CO 80221** |

**6. Assignments and receiverships**

None ☑  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Weinman & Associates, P.C.**     **8/2010**                      25,000.00
730 17th St Ste 240
Denver, CO 80202-3506

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Host Group** **C/O Racing Associates, Ltd.** **26000 E Quincy Ave** **Aurora, CO 80016-2026** | **TV monitors, betting booths and associated hardware, United Tote equipment and miscellaneous personal property equipment necessary for simulcast gaming wagering facility Value: Unknown** | **2101 W. 64th Ave., Denver, CO 80221** |

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

| None | |
|---|---|
| ☐ | a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Elite Tax Service**<br>**220 W 6th Ave**<br>**Denver, CO  80204-5111** | |

| None | |
|---|---|
| ☐ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Larry R. Gentry**<br>**11338 W 74th Pl**<br>**Arvada, CO  80005-3520** | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Larry R. Gentry**
**11338 W 74th Pl**
**Arvada, CO  80005-3520**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                                                                DATE ISSUED
**Firstier Bank**
**(Corporate Office)**
**980 W Dillon Rd**
**Louisville, CO  80027-2947**

**Firstier Bank**
**(Branch)**
**2921 W 120th Ave**
**Westminster, CO  80234-2944**

## 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
| --- | --- | --- |
| **5/31/10** | **Larry R. Gentry** | **$21,100.85 (Cost or Market)** |
| **5/31/09** | **Larry R. Gentry** | **$34,924.45 (Cost or Market)** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |
| **5/31/10; 5/31/09** | **Larry R. Gentry** |
| | **11338 W 74th Pl** |
| | **Arvada, CO  80005-3520** |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Larry R. Gentry** | **President** | **50%** |
| **11338 W 74th Pl** | | |
| **Arvada, CO  80005-3520** | | |
| **Susan E. Gentry** | | **50%** |
| **11338 W 74th Pl** | | |
| **Arvada, CO  80005-3520** | | |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Larry R. Gentry**<br>**11338 W 74th Pl**<br>**Arvada, CO  80005-3520**<br>**President, 50% Shareholder** | **9/1/2009 through 8/31/2010**<br>**Salary paid to Larry R. Gentry** | **$11,750** |
| **Susan E. Gentry**<br>**11338 W 74th Pl**<br>**Arvada, CO  80005-3520**<br>**50% shareholder** | **9/1/2009 through 8/31/2010**<br>**Salary paid to Susan E. Gentry** | **$17,250** |

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 15, 2010**                    Signature: ***/s/ Larry R. Gentry***

                    **Larry R. Gentry, President**
                    <span style="float:right">Print Name and Title</span>

                    [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                    _____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                              Case No. **10-33952 EEB**

_____              Chapter **11**
**Ball Four, Inc.**
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 14,000,000.00 | | |
| B - Personal Property | Yes | 5 | $ 2,220,999.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 3,231,158.15 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 6,706.38 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 245,555.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 16 | $ 16,220,999.00 | $ 3,483,420.07 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Ball Four, Inc.**                                                                 Case No. **10-33952 EEB**
_____                                    _____
                        Debtor(s)                                                                  (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **2101 W. 64th Ave., Denver, CO 80221 - 2 parcels of land comprising 16+ acres. Ball Four, Inc. owns and operates a sports complex and gaming simulcast wagering facility.** | | | **14,000,000.00** | **3,200,000.00** |
| | | **TOTAL** | **14,000,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07)**

IN RE **Ball Four, Inc.**         Case No. **10-33952 EEB**
_____
Debtor(s)                                     (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **$11,800** | | **11,800.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Ball Four, Inc. 1026 Bank of Choice** **Ball Four, Inc. 1789 Bank of Choice** | | **1,000.00** **18,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Liability Insurance - general liability, workers compensation, employers liability, equipment floater - purchased through Madison Insurance Group, Denver, CO.** **Property Insurance - ballfield/batting cages - purchased through Mount Vernon Fire Insurance Co.** **Property Insurance - Tent-Sport Arena complex purchased through Auto Owners Insurance** | | **unknown** **unknown** **unknown** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Ball Four, Inc.**                                                                     Case No. **10-33952 EEB**
_____                                    _____
Debtor(s)                                                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **$42,000 from Larry Gentry created by former accountants for accounting purposes. The Debtor does not believe Mr. Gentry owes the Debtor $42,000.** | | 0.00 |
| | | **Owed to Debtor by Mel Nimon. Book value of account receivable is $225,553.24. Debtor believes amount is not collectable. Mr. Nimon may be deceased.** | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Rhino Sports 9375 E. Bell Rd., #201 Scottsdale, AZ 85260-1542 Claim for defective turf installed at Debtor's premises. Amount of claim is approximately $55,000.** | | 55,000.00 |
| | | **Wright Group Services 4800 Colorado Blvd. Denver, CO 80216 Claim for faulty construction of Debtor's structure. Amount is unknown.** | | unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Hotel liquor license issued by Adams County, Colorado** | | unknown |
| | | **Interfacility license and simulcast agreement with Host Group** | | unknown |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Ball Four, Inc.** _____   Case No. **10-33952 EEB**
                    Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer - 1,400.00<br>Fax Machine - 150.00<br>Computer - 1,100.00 | | 2,650.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached List (Book Value) | | 2,115,284.00 |
| 30. Inventory. | | Liquor, beer, cups, snack food | | 17,265.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Business Lease between Debtor as Lessor and DCG Sports Management as Lessee, dated June 15, 2007, as Amended on June 16, 2010, for lease of indoor soccer facility | | unknown |
| | | | **TOTAL** | **2,220,999.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **2** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF DEPRECIATION FOR: 84-0992964 SCHEDULE: T1**

| Description of Property | Date Acquired | Cost or other Basis | Sec 179 | Bonus Deprec | Basis | Accum Deprec | Method Used | Life or Rate | Deprec for 2008 | ADS Deprec for 2008 | Next Year's Deprec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COOLER BOTTLES | 04/30/02 | 701 | 701 | | | 701 | MACRS | 7.0 | | | |
| MICROWAVE | 04/30/02 | 470 | 470 | | | 470 | MACRS | 7.0 | | | |
| CONCESSION TRA | 04/30/02 | 33000 | 16117 | | 16883 | 33000 | MACRS | 5.0 | | | |
| ICE MACHINE | 07/20/02 | 990 | | | 990 | 987 | MACRS | 7.0 | 3 | 3 | |
| BOTTLE COOLER | 07/30/02 | 1042 | | | 1042 | 1039 | MACRS | 7.0 | 3 | 3 | |
| CEMENT TABLES | 12/31/02 | 3093 | | | 3093 | 3084 | MACRS | 7.0 | 9 | 9 | |
| RIDING MOWER | 03/31/03 | 6477 | | | 6477 | 6459 | MACRS | 7.0 | 18 | 18 | |
| COOLER | 12/01/03 | 6016 | | | 6016 | 6016 | MACRS | 7.0 | | | |
| LIGHTING | 12/12/01 | 23824 | | | 23824 | 23824 | MACRS | 7.0 | | | |
| SCOREBOARDS 1 | 03/31/93 | 13182 | 4257 | | 8925 | 13182 | MACRS | 5.0 | | | |
| SCOREBOARDS 2 | 04/30/93 | 4222 | | | 4222 | 4222 | MACRS | 5.0 | | | |
| SCOREBOARDS 3 | 05/31/93 | 6116 | | | 6116 | 6116 | MACRS | 5.0 | | | |
| SIGNS 1 | 04/01/85 | 686 | | | 686 | 686 | ACRS | 5.0 | | | |
| SIGNS 2 | 07/01/85 | 540 | | | 540 | 540 | ACRS | 5.0 | | | |
| TRUCK | 12/01/03 | 1700 | | | 1700 | 1700 | MACRS | 5.0 | | | |
| OFFICE BUILDIN | 01/01/92 | 7000 | | | 7000 | 6976 | MACRS | 15.0 | | | |
| BEER SERVICE B | 04/30/02 | 13325 | | | 13325 | 2094 | SL | 39.0 | 342 | 342 | 342 |
| CONCESSION BUI | 12/01/02 | 16000 | | | 16000 | 2239 | SL | 39.0 | 410 | 410 | 410 |
| FIELD IMPROVMT | 12/01/93 | 4849 | | | 4849 | 4707 | MACRS | 15.0 | 142 | 142 | |
| COMPLEX IMPROV | 03/01/85 | 171447 | | | 171447 | 171447 | ACRS | 5.0 | | | |
| SOD 5 | 05/01/86 | 5423 | | | 5423 | 5423 | ACRS | 5.0 | | | |
| WATERLINE | 04/01/87 | 10144 | | | 10144 | 10144 | MACRS | 10.0 | | | |
| RAIN SHELTER | 09/01/87 | 2743 | | | 2743 | 2743 | MACRS | 7.0 | | | |
| BLEACHERS | 06/01/87 | 750 | | | 750 | 750 | MACRS | 7.0 | | | |
| BLEACHERS | 02/01/89 | 725 | | | 725 | 725 | MACRS | 7.0 | | | |
| BLEACHERS | 03/01/89 | 1397 | | | 1397 | 1397 | MACRS | 7.0 | | | |
| ASTRO TURF | 04/01/90 | 990 | | | 990 | 990 | MACRS | 15.0 | | | |
| SHELTER | 03/31/91 | 2045 | | | 2045 | 2045 | MACRS | 7.0 | | | |
| MOWER | 05/01/92 | 470 | 470 | | | 470 | MACRS | 7.0 | | | |
| SOFTBALL FIELD | 12/01/02 | 12952 | | | 12952 | 12917 | MACRS | 7.0 | 35 | 35 | |
| FENCING | 03/01/85 | 4794 | | | 4794 | 4570 | ACRS | 5.0 | | | |
| FENCES | 12/17/01 | 43933 | | | 43933 | 43933 | MACRS | 5.0 | | | |
| MONEY COUNTER | 07/31/92 | 1557 | 1557 | | | 1557 | MACRS | 7.0 | | | |
| COMPUTER | 10/31/02 | 2600 | 2600 | | | 2600 | MACRS | 7.0 | | | |
| FENCING 2006 | 05/03/06 | 7015 | | | 7015 | 4616 | MACRS | 5.0 | 960 | 960 | 960 |
| DESK | 11/30/92 | 492 | 492 | | | 492 | MACRS | 7.0 | | | |
| DESK AND CHAIR | 11/01/93 | 742 | 742 | | | 742 | MACRS | 7.0 | | | |
| TRACTOR | 05/01/94 | 4635 | 4635 | | | 4635 | MACRS | 5.0 | | | |
| FAX MACHINE | 02/11/96 | 700 | 700 | | | 700 | MACRS | 7.0 | | | |
| WALKIN COOLER | 04/30/02 | 6462 | 6462 | | | 6462 | MACRS | 7.0 | | | |
| BUILDING DOME | 10/01/05 | 726779 | | | 726779 | 167523 | MACRS | 15.0 | 55962 | 55962 | 55962 |
| TRAILER RESTRO | 03/01/06 | 70980 | | | 70980 | 36058 | MACRS | 7.0 | 9980 | 9980 | 9980 |
| ELECTRICAL RUN | 05/03/06 | 950 | | | 950 | 535 | MACRS | 7.0 | 119 | 119 | 119 |
| BEVERAGE COOLE | 04/15/05 | 760 | | | 760 | 477 | MACRS | 5.0 | 88 | 88 | 88 |
| COOLER | 08/01/06 | 2437 | | | 2437 | 945 | MACRS | 7.0 | 426 | 426 | 426 |
| CABINETS | 09/01/06 | 2590 | | | 2590 | 1004 | MACRS | 7.0 | 453 | 453 | 453 |
| COUNTER | 12/01/06 | 2000 | | | 2000 | 776 | MACRS | 7.0 | 350 | 350 | 350 |
| BEER FAUCETS | 02/01/07 | 1338 | | | 1338 | 519 | MACRS | 7.0 | 234 | 234 | 234 |
| BLEACHERS | 02/01/07 | 3914 | | | 3914 | 1518 | MACRS | 7.0 | 685 | 685 | 685 |
| NETTING | 03/01/07 | 3830 | | | 3830 | 1992 | MACRS | 5.0 | 735 | 735 | 735 |
| WALKIN COOLER | 10/01/06 | 4496 | | | 4496 | 1743 | MACRS | 7.0 | 786 | 786 | 786 |
| CHAIRS | 04/01/07 | 15123 | | | 15123 | 5865 | MACRS | 7.0 | 2645 | 2645 | 2645 |
| FREEZER FRIDGE | 05/01/07 | 27418 | | | 27418 | 10633 | MACRS | 7.0 | 4795 | 4795 | 4795 |
| SURVALLENCE EQ | 10/01/06 | 1459 | | | 1459 | 565 | MACRS | 7.0 | 255 | 255 | 255 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Copyright (c) 2008 TAXSLAYER

STATEMENT OF DEPRECIATION FOR: 84-0992964 SCHEDULE: 11

| Description of Property | Date Acquired | Cost or other Basis | Sec 179 | Bonus Deprec | Basis | Accum Deprec | Method Used | Life or Rate | Deprec for 2008 | ADS Deprec for 2008 | Next Year's Deprec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPUTER | 09/01/06 | 945 | | | 945 | 491 | MACRS | 5.0 | 181 | 181 | 181 |
| MICROWAVE | 09/01/06 | 432 | | | 432 | 224 | MACRS | 5.0 | 83 | 83 | 83 |
| SCOREBOARD | 12/01/06 | 4195 | | | 4195 | 2181 | MACRS | 5.0 | 805 | 805 | 805 |
| FENCING | 12/01/06 | 2602 | | | 2602 | 1353 | MACRS | 5.0 | 500 | 500 | 500 |
| GAS SEWER WATE | 07/01/06 | 108988 | | | 108988 | 30517 | MACRS | 10.0 | 15694 | 15694 | 15694 |
| ALARM SYSTEM | 10/01/06 | 2278 | | | 2278 | 1185 | MACRS | 5.0 | 437 | 437 | 437 |
| TEXTURE FLOOR | 11/01/06 | 7336 | | | 7336 | 5706 | MACRS | 3.0 | 1086 | 1086 | 544 |
| FIRE ALARM SYS | 01/01/07 | 9700 | | | 9700 | 5044 | MACRS | 5.0 | 1862 | 1862 | 1862 |
| SECURITY SPECI | 07/01/06 | 1723 | | | 1723 | 896 | MACRS | 5.0 | 331 | 331 | 331 |
| RECYCLE PARKIN | 07/01/06 | 19840 | | | 19840 | 7694 | MACRS | 7.0 | 3470 | 3470 | 3470 |
| ASTRO TURF | 10/01/06 | 88298 | | | 88298 | 34242 | MACRS | 7.0 | 15443 | 15443 | 15443 |
| ADDITIONAL STR | 12/01/06 | 428848 | | | 428848 | 16035 | MACRS | 39.0 | 10996 | 10996 | 10996 |
| SHED | 05/01/07 | 1198 | | | 1198 | 464 | MACRS | 7.0 | 210 | 210 | 210 |
| TVS | 05/01/07 | 3294 | | | 3294 | 1713 | MACRS | 5.0 | 632 | 632 | 632 |
| BATHROOM TRAIL | 02/01/07 | 28028 | | | 28028 | 7848 | MACRS | 10.0 | 4036 | 4036 | 4036 |
| ADDITION STRUC | 10/01/06 | 3290 | | | 3290 | 137 | MACRS | 39.0 | 84 | 84 | 84 |
| ENTRANCE BUILD | 07/31/07 | 2198 | | | 2198 | 314 | MACRS | 7.0 | 538 | 538 | 538 |
| GRADING AND PA | 07/31/07 | 85000 | | | 85000 | 1907 | MACRS | 39.0 | 2179 | 2179 | 2179 |
| DOME | 07/30/07 | 20623 | | | 20623 | 463 | MACRS | 39.0 | 529 | 529 | 529 |
| HEATER | 10/31/07 | 1200 | | | 1200 | 171 | MACRS | 7.0 | 294 | 294 | 294 |
| RIDING LAWN MO | 09/01/08 | 1710 | | 855 | 855 | | MACRS | 7.0 | 977 | 244 | 209 |
| DOME EXTRAS | 05/30/09 | 4235 | | | 4235 | | MACRS | 39.0 | | 5 | 104 |
| TOTALS: | | 2115284 | 39203 | 855 | 2075226 | 746138 | | | 139802 | 139074 | 138386 |

Copyright (c) 2008 TAXSLAYER

**B6C (Official Form 6C) (04/10)**

**IN RE** Ball Four, Inc.                     Case No. **10-33952 EEB**

               Debtor(s)                                                             (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Ball Four, Inc.          Case No. **10-33952 EEB**

_____
Debtor(s)                  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9622** <br><br> **Adams County Treasurer** <br> **PO Box 869** <br> **Brighton, CO  80601-0869** | | | <br><br><br><br> VALUE $ | | | | 7,803.01 | 7,803.01 |
| ACCOUNT NO. **9624** <br><br> **Adams County Treasurer** <br> **PO Box 869** <br> **Brighton, CO  80601-0869** | | | **2009** <br><br><br><br> VALUE $ | | | | 20,614.82 | 20,614.82 |
| ACCOUNT NO. **0990** <br><br> **Colorado Dept Of Revenue** <br> **Sales Tax Section** <br> **Denver, CO  80261-0013** | | | **8/2010 Withholding taxes** <br><br><br> VALUE $ | | | | 2,256.00 | 2,256.00 |
| ACCOUNT NO. **0990** <br><br> **Colorado Dept Of Revenue** <br> **State Withholding** <br> **Denver, CO  80261-0009** | | | **Third Quarter 2010 State withholding taxes** <br><br> VALUE $ | | | | 484.32 | 484.32 |

   **1** continuation sheets attached

| | Subtotal (Total of this page) | $ 31,158.15 | $ 31,158.15 |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |

                                                       (Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Ball Four, Inc.**                                                    Case No. **10-33952 EEB**
_____                    _____
Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Firstier Bank<br>2921 W 120th Ave<br>Westminster, CO  80234-2944** | | | **9/22/2005 Deed of Trust secured on Real Property located at 2101 W. 64th Ave., Denver, CO 80221**<br><br>VALUE $ **14,000,000.00** | | | X | **3,200,000.00** | |
| ACCOUNT NO.<br>**Douglas W. Brown, Esq.<br>Tower Two, Suite 700<br>2000 S Colorado Blvd<br>Denver, CO  80222-7900** | | | **Assignee or other notification for: Firstier Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Eric Jonsen, Esq.<br>555 Eldorado Blvd Ste 200<br>Broomfield, CO  80021-3420** | | | **Assignee or other notification for: Firstier Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Firstier Bank<br>980 W Dillon Rd<br>Louisville, CO  80027-2947** | | | **Assignee or other notification for: Firstier Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br> | | | <br><br>VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **3,200,000.00** | $ |
| Total<br>(Use only on last page) | $ **3,231,158.15** | $ **31,158.15** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Ball Four, Inc.** _____   Case No. **10-33952 EEB**
_____
      Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Ball Four, Inc.** _____   Case No. **10-33952 EEB**
                    Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5008**<br>**Colorado State Treasurer**<br>**PO Box 956**<br>**Denver, CO  80201-0956** | | | **State unemployment third quarter 2010** | | | | **379.98** | **379.98** | |
| ACCOUNT NO. **2964**<br>**Internal Revenue Service**<br>**Ogden, UT  84201** | | | **Third Quarter 2010** | | | | **3,576.52** | **3,576.52** | |
| ACCOUNT NO. **0990**<br>**State Of Colorado**<br>**PO Box 956**<br>**Denver, CO  80201-0956** | | | **Sales tax August 2010** | | | | **2,256.00** | **2,256.00** | |
| ACCOUNT NO. **8001**<br>**State Of Colorado**<br>**PO Box 956**<br>**Denver, CO  80201-0956** | | | **Third Quarter 2010 State withholding tax** | | | | **493.88** | **493.88** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **6,706.38**   $ **6,706.38**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **6,706.38**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **6,706.38**   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE **Ball Four, Inc.**             Case No. **10-33952 EEB**
_____
        Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2002**<br><br>**Aegis Surveying**<br>**3395 Yates St**<br>**Denver, CO  80212-1805** | | | | | | | **968.00** |
| ACCOUNT NO. **0095**<br><br>**California Bank & Trust**<br>**2399 Gateway Oaks Dr Ste 110**<br>**Sacramento, CA  95833-4232** | | | | | | | **44,710.13** |
| ACCOUNT NO. **7901**<br><br>**Financial Pacific**<br>**3455 S 344th Way Ste 300**<br>**Federal Way, WA  98001-9546** | | | **2010 Property tax on lease of flooring** | | | | **640.90** |
| ACCOUNT NO. **738F**<br><br>**Five Point Capital**<br>**10525 Vista Sorrento Pkwy Ste 300**<br>**San Diego, CA  92121-2748** | | | | | | | **3,177.74** |

   **2** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ | **49,496.77** |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ball Four, Inc.          Case No. **10-33952 EEB**

<u>Debtor(s)</u>        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **845F**<br>**Five Point Capital**<br>**10525 Vista Sorrento Pkwy Ste 300**<br>**San Diego, CA  92121-2748** | | | | | | | 2,100.00 |
| ACCOUNT NO. **785F**<br>**Five Point Capital**<br>**10525 Vista Sorrento Pkwy Ste 300**<br>**San Diego, CA  92121-2748** | | | | | | | 14,640.90 |
| ACCOUNT NO. **3754**<br>**Liberty Bell**<br>**PO Box 52672**<br>**Phoenix, AZ  85072-2672** | | | 8/2010 | | | | 762.88 |
| ACCOUNT NO.<br>**Majestic Awnings**<br>**C/O Mark A. Kirkorsky PC**<br>**PO Box 28287**<br>**Tempe, AZ  85285-8287** | | | | | | | 2,258.67 |
| ACCOUNT NO.<br>**Sanders Douglas Associate**<br>**5 N Camino Seco Ste 101AX**<br>**Tucson, AZ  85710** | | | **Assignee or other notification for:**<br>**Majestic Awnings** | | | | |
| ACCOUNT NO. **FTBC**<br>**S&B Portable Toilets**<br>**Dept 960**<br>**Denver, CO  80291-0960** | | | 2010 | | | | 2,070.00 |
| ACCOUNT NO. **9971**<br>**SST**<br>**4315 Pickett Rd**<br>**PO Box 3999**<br>**Saint Joseph, MO  64503-0999** | | | **Softball Country Credit card** | | | | 2,970.53 |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 24,802.98

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Ball Four, Inc.**                                                                                     Case No. **10-33952 EEB**
_____                                      _____
Debtor(s)                                                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5140** <br> **Waste Management** <br> **2400 W Union Ave** <br> **Englewood, CO  80110-5354** | | | 2010 | | | | 1,391.53 |
| ACCOUNT NO. <br> **Wright Group Services** <br> **4800 Colorado Blvd** <br> **Denver, CO  80216-3114** | | | | | | X | 155,000.00 |
| ACCOUNT NO. **3496** <br> **Xcel Energy** <br> **Pob 9477** <br> **Minneapolis, MN  55484-0001** | | | 2010 | | | | 14,864.26 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **171,255.79**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **245,555.54**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Ball Four, Inc.**                                                Case No. **10-33952 EEB**
_____
                        Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **DCG Sports Management**<br>**David Campos, President** | **Amendment to Business Lease dated June 15, 2010 for the indoor soccer facility located at 2101 W. 64th Ave., Denver, CO 80221** |
| **Host Group**<br>**C/O Racing Associates, Ltd.**<br>**26000 E Quincy Ave**<br>**Aurora, CO  80016-2026** | **Interfacility License and Simulcast Agreement dated June 30, 2010.** |
| **Financial Pacific**<br>**3455 S 344th Way Ste 300**<br>**Federal Way, WA  98001-9546** | **Lease of events center flooring** |
| **DCG Sports Management**<br>**David Compos, President** | **Original Business Lease dated June 15, 2007 for term of 3 years for indoor soccer facility located at 2101 W. 64th Ave., Denver, CO 80221** |
| **Five Point Capital**<br>**10525 Vista Sorrento Pkwy Ste 300**<br>**San Diego, CA  92121-2748** | **Three (3) personal property leases for folding chairs and events center flooring** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE **Ball Four, Inc.**      Case No. **10-33952 EEB**

Debtor(s)                (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Ball Four, Inc.** _____   Case No. **10-33952 EEB**
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date: _____　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)
　　　　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer　　Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____　　_____
Signature of Bankruptcy Petition Preparer　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Ball Four, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**17** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 15, 2010** _____　　Signature: */s/ Larry R. Gentry* _____

　　　　　　　　　　　　　　　　　　**Larry R. Gentry**
　　　　　　　　　　　　　　　　　　(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only