UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BALL FOUR, INC. ) | Case No. 10-33952 EEB |
| a Colorado Corporation ) | Chapter 11 |
| EIN 84-0992964 ) | |
| ) | |
| Debtor. ) | |

**OBJECTION TO FIRSTIER BANK'S MOTION FOR EXAMINATION OF DEBTOR BALL FOUR, INC. PURSUANT TO FED.R.BANKR.P. 2004, 9016, L.B.R. 204(b) AND FED.R.CIV.P. 45**

Debtor-in-Possession, Ball Four, Inc. ("Debtor"), by and through undersigned counsel, WEINMAN & ASSOCIATES, P.C., objects to the Motion for Examination of Debtor Ball Four, Inc. Pursuant to Fed.R.Bankr.P. 2004, 9016, L.B.R. 204(b) and Fed.R.Civ.P. 45 filed by FirsTier Bank as follows:

1. FirsTier Bank ("FirsTier") filed a Motion to Dismiss Debtor's bankruptcy case on December 8, 2010.

2. The filing of the Motion implicates the discovery rules set forth in the 7000 series Rules of Bankruptcy Procedure.

3. Indeed, the Motion to Dismiss is a contested matter.

4. Under well settled case law in this district, the Blinder Robinson decision, it is inappropriate to conduct 2004 examinations relating to matters pertaining to pending Adversary Proceedings or contested matters. Indeed, the discovery rules, i.e. depositions and interrogatories, are the proper methodology for obtaining information in the context in which FirsTier and the Debtor find themselves.

5. Accordingly, Debtor objects to the Motion for 2004 Examination as it is procedurally improper and, if FirsTier wishes to engage in discovery, it must do so pursuant to the appropriate Rules of Bankruptcy Procedure and not Rule 2004.

WHEREFORE, for the reasons as set forth above, the Debtor hereby objects to the Motion for Examination of Debtor Ball Four, Inc. Pursuant to Fed.R.Bankr.P. 2004, 9016, L.B.R. 204(b) and Fed.R.Civ.P. 45 filed by FirsTier Bank.

DATED: December 9, 2010

        Respectfully Submitted,

        WEINMAN & ASSOCIATES, P.C.


        By: \s\ Jeffrey A. Weinman
            Jeffrey A. Weinman, #7605
            William A. Richey, #13438
            730 17th Street, Suite 240
            Denver, CO 80202-3506
            Telephone: (303) 572-1010
            Facsimile: (303) 572-1011
            jweinman@epitrustee.com
            wrichey@weinmanpc.com

## CERTIFICATE OF MAILING

I hereby certify that I have mailed on this 9th day of December, 2010, a true and correct copy of the foregoing **OBJECTION TO FIRSTIER BANK'S MOTION FOR EXAMINATION OF DEBTOR BALL FOUR, INC. PURSUANT TO FED.R.BANKR.P. 2004, 9016, L.B.R. 204(b) AND FED.R.CIV.P. 45** by placing the same in the United States mail, postage prepaid, addressed to:

Alan K. Motes, Esq.
U.S. Trustee's Office
999 18th St., Ste. 1551
Denver, CO 80202

Ball Four, Inc.
Attn: Larry R. Gentry, President
11338 W. 74th Place
Arvada, CO 80005

Douglas W. Brown, Esq.
Brown Berardini & Dunning, P.C.
2000 S. Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222

GE Money Bank
Ramesh Singh, Financial Controller
c/o Recovery Management Systems Corp.
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131-1605

\s\ Lisa R. Kraai