UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BALL FOUR, INC. ) | Case No. 10-33952 EEB |
| a Colorado Corporation ) | Chapter 11 |
| EIN 84-0992964 ) | |
| ) | |
| Debtor. ) | |

**OBJECTION TO CREDITOR'S MOTION TO SHORTEN TIMEFRAMES TO CONDUCT DISCOVERY**

Debtor-in-Possession, Ball Four, Inc. ("Debtor"), by and through undersigned counsel, WEINMAN & ASSOCIATES, P.C., objects to Creditor's Motion to Shorten Timeframes to Conduct Discovery ("Motion to Expedite Discovery") filed by FirsTier Bank (the "Bank") as follows:

1. This case has been pending for nearly three (3) months. Now, all of a sudden, the Bank feels that it needs expedited discovery.

2. The Bank chose an expedited procedure in connection with its Motion to Dismiss. The Bank could just as easily have chosen a procedure allowing ample time for discovery in the ordinary course without having to seek expedited and burdensome procedures, particularly given the holiday season.

3. Indeed, the Motion to Expedite Discovery is nothing more than a litigation tactic precipitated by the failure of negotiations between Debtor and the Bank.

4. In fact, the failure of such negotiations will result in the commencement of an Adversary Proceeding by the Debtor against the Bank.

5. Under the circumstances, it would be inappropriate to expedite discovery as the Adversary Proceeding will go to the heart of the extent of the Bank's lien, and further, whether the Bank's lien should be equitably subordinated.

6. Accordingly, Debtor believes that expedited discovery is not only unnecessary, but inappropriate.

WHEREFORE, for the reasons as set forth above, Debtor hereby objects to the Creditor's Motion to Shorten Timeframes to Conduct Discovery filed by FirsTier Bank.

DATED: December 13, 2010

        Respectfully Submitted,

        WEINMAN & ASSOCIATES, P.C.


        By: \s\ Jeffrey A. Weinman
            Jeffrey A. Weinman, #7605
            William A. Richey, #13438
            730 17th Street, Suite 240
            Denver, CO 80202-3506
            Telephone: (303) 572-1010
            Facsimile: (303) 572-1011
            jweinman@epitrustee.com
            wrichey@weinmanpc.com

## CERTIFICATE OF MAILING

I hereby certify that I have mailed on this 13th day of December, 2010, a true and correct copy of the foregoing **OBJECTION TO CREDITOR'S MOTION TO SHORTEN TIMEFRAMES TO CONDUCT DISCOVERY** by placing the same in the United States mail, postage prepaid, addressed to:

Alan K. Motes, Esq.
U.S. Trustee's Office
999 18th St., Ste. 1551
Denver, CO 80202

Ball Four, Inc.
Attn: Larry R. Gentry, President
11338 W. 74th Place
Arvada, CO 80005

Neal Dunning, Esq.
Douglas W. Brown, Esq.
Brown Berardini & Dunning, P.C.
2000 S. Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222

GE Money Bank
Ramesh Singh, Financial Controller
c/o Recovery Management Systems Corp.
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131-1605

              \s\ Lisa R. Kraai