B6D (Official Form 6D) (12/07)

IN RE **Ball Four, Inc.**                                        Case No. **10-33952 EEB**
                         Debtor(s)                                             (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Firstier Bank**<br>**2921 W 120th Ave**<br>**Westminster, CO 80234-2944** | X | | **9/22/2005 Deed of Trust secured on Real Property located at 2101 W. 64th Ave., Denver, CO 80221**<br><br>VALUE $ **14,000,000.00** | | | X | **2,863,591.12** | |
| ACCOUNT NO.<br>**Douglas W. Brown, Esq.**<br>**Tower Two, Suite 700**<br>**2000 S Colorado Blvd**<br>**Denver, CO 80222-7900** | | | **Assignee or other notification for:**<br>**Firstier Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Eric Jonsen, Esq.**<br>**555 Eldorado Blvd Ste 200**<br>**Broomfield, CO 80021-3420** | | | **Assignee or other notification for:**<br>**Firstier Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Firstier Bank**<br>**980 W Dillon Rd**<br>**Louisville, CO 80027-2947** | | | **Assignee or other notification for:**<br>**Firstier Bank**<br><br>VALUE $ | | | | | |

_____ continuation sheets attached

                                                        Subtotal<br>
                                                 (Total of this page)   $ **2,863,591.12**   $<br>
                                                          Total<br>
                                              (Use only on last page)   $ **2,863,591.12**   $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

IN RE **Ball Four, Inc.**          Case No. **10-33952 EEB**
                 Debtor(s)          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6632** <br> **Bank Of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | X | | **Business Credit Card** | | | | 7,441.10 |
| ACCOUNT NO. <br> **Kenton Kuhlman, Esq.** <br> **7851 S Elati St Ste 202** <br> **Littleton, CO 80120-8081** | | | **Legal services** | | | | 9,798.11 |
| ACCOUNT NO. <br> **Party Time Rental, Inc.** <br> **3175 S Platte River Dr** <br> **Englewood, CO 80110-2138** | | | | | | | 4,352.79 |
| ACCOUNT NO. | | | | | | | |

_____ continuation sheets attached

Subtotal (Total of this page)    $ **21,592.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ **21,592.00**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only