# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### Honorable Judge Elizabeth E. Brown

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-33952-EEB |
| **BALL FOUR, INC.** ) | |
| *a Colorado Corporation* ) | |
| EIN:  84-0992964, ) | Chapter 11 |
| ) | |
| **Debtor.** ) | |
| ) | |
| **FIRSTIER BANK,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **BALL FOUR, INC.,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

## FIRSTIER BANK'S NOTICE OF DEPOSITION OF LARRY GENTRY

YOU WILL PLEASE TAKE NOTICE that on the 6TH DAY OF January, 2011, commencing at the hour of 8:30 o'clock a.m., the Movant, FirsTier Bank, by and through its attorneys, BROWN & BERARDINI, P.C., will take the deposition of Larry Gentry of 11338 W. 74th Pl., Arvada, Co  80005, upon oral examination before a Notary Public or before some other officer authorized by law to administer oaths and take testimony.  Said deposition will take place at the law offices of BROWN  BERARDINI & DUNNING, P.C., 2000 S. Colorado Blvd. Tower 2, Suite 700, Denver, Colorado  80222, and shall continue from day to day until completed.  Deponent shall also produce the documents listed on the attached exhibit "A".

DATED this 22nd  day of December 2010.

Respectfully submitted,

BROWN, BERARDINI & DUNNING, P.C.

*/s/  Neal K. Dunning*
Neal K. Dunning, Reg. No.  10181
Attorney for FirsTier Bank

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22d day of December, 2010, true and correct copies of the foregoing **FIRSTIER BANK'S NOTICE OF DEPOSITION OF LARRY GENTRY AND REQUEST FOR PRODUCTION OF DOCUMENTS** were served via CM/ECF and/or via U.S. First Class Mail, postage prepaid and addressed to the following:

Ball Four, Inc.
11338 W 74th Pl
Arvada, CO 80005-3520
*Debtor*

Jeffrey Weinman, Esq.
WEINMAN & ASSOCIATES, PC
730 17th Street
Suite 240
Denver, CO 80202

William A. Richey, Esq.
WEINMAN & ASSOCIATES, PC
730 17th Street
Suite 240
Denver, CO 80202
*Counsel for Debtor*

Alan K. Motes
United States Trustee Program
999 18th Street
Suite 1551
Denver, CO 80202

US Trustee
999 18th Street
Suite 1551
Denver, CO 80202

Bryan Nielsen
FIRSTIER BANK
Country Club Village
2921 W. 120th Avenue
Eric R. Jonsen
555 Eldorado Boulevard
Suite 200
Broomfield, CO 80021

*/s/ Leah K. Hendricks*
Leah K. Hendricks