**DEBTOR:** ALL FOUR INC.

**CASE NUMBER:** 10-33952

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

**Form 2-A**
**COVER SHEET**

For Period Ending ___2/28/2011___

**Accounting Method:** [x] Accrual Basis  [ ] Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [x] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [x] | [ ] | 2. Balance Sheet (Form 2-C) |
| [x] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [x] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [x] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [x] | [ ] | 6. Narrative (Form 2-G) |
| [x] | [ ] | 7. Bank Statements for All Bank Accounts   IMPORTANT: Redact account numbers and remove check images |
| [x] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: _3/20/11_

Print Name: ___CALLY  GENTRY___

Signature: _____

Title: _____

Rev. 12/10/2009

**DEBTOR:** _BALL FOUR INC_     **CASE NO:** _10-33352 EEB_

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _2/1_ to _2/28 2011_

### CASH FLOW SUMMARY

|  | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ _170,061_ (1) | $ _661,606_ (1) |
| 2. Cash Receipts   _(SEE ATTACHED)_ <br>    Operations <br>    Sale of Assets <br>    Loans/advances <br>    Other | _109,888_ | |
|    Total Cash Receipts | $ _280,149_ | $ _661,606_ |
| 3. Cash Disbursements <br>    Operations   _(SEE ATTACHED)_ <br>    Debt Service/Secured loan payment <br>    Professional fees/U.S. Trustee fees <br>    Other | _204,756_ | |
|    Total Cash Disbursements | $ _204,756_ | $ _586,213_ |
| 4. Net Cash Flow (Total Cash Receipts less <br>    Total Cash Disbursements) | | |
| 5 Ending Cash Balance (to Form 2-C) | $ _25,393_ (2) | $ _25,393_ (2) |

### CASH BALANCE SUMMARY

|  | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | _25,393_ | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ _25,393_ (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
     Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

DEBTOR: _BALL FOUR INC_     CASE NO: _10-33952 EEB_

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _2/1_ to _2/28_ _2011_

**CASH RECEIPTS DETAIL**
*(attach additional sheets as necessary)*     **Account No:** _201 2036 233_

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       | (SEE ATTACHED) | $ |

**Total Cash Receipts**     $ _109,888_ (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: _BALL FOUR INC_                                    CASE NO: _10-33952 EEB_

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: _2/1_ to _2/28 2011_

**CASH DISBURSEMENTS DETAIL**                    Account No: _2018036232_
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           | (SEE ATTACHED) |             | $      |

**Total Cash Disbursements**          $ _204,256_ (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

10-33952 EEB

| | | CC | | |
|---|---|---|---|---|
| 301 | | # | AMT | DESCRIPTION |
| d2 | SAM'S CLUB | W78 | U8.38 | PUL FOOD |
| | ADAMS COUNTY TREAS | 79 | 96030 | PROP TAX EQUIP |
| | ROY LOPEZ | 80 | 441.97 | AUTO 100.00 FOOD 341.78 LOAN 37.9 |
| 3 | SAM'S CLUB | 81 | 207.08 | PUL FOOD |
| | GOLD STAR SAUSAGE CO | | 4400 | PUL FOOD |
| | CASH | 83 | 200000 | CASH O/S HAND SAFE |
| | SYSCO FOODS | 84 | 4233/ | PUL FOOD |
| 9 | ROY LOPEZ | 85 | 81338. | SALARIES 1647.52 SAL OTHER |
| | ROY LOPEZ | 86 | 13390. | FOOD 433.78 OFFICE 70.42 |
| | SAM'S CLUB | 87 | 8776 | PUL FOOD |
| 10 | COSTCO | 88 | 5633 | PUL FOOD |
| | SYSCO FOODS | 89 | 18402 | PUL FOOD |
| 11 | AUHEWEL BWLH | 90 | 60700 | PUL BEER |
| | GAME EXCH. EQUIP | 91 | 350090 | PUL EQUIPMENT |
| | BUSWEISER | 92 | 30800 | PUL BEER |
| | SAM'S CLUB | 93 | 18851 | PUL FOOD |
| 13 | ROY LOPEZ | 94 | 09002 | PUL FOOD |
| | ROSA FLORAL TRUCKING? | | 08310 | ROT |
| | OUTU RENTAL | 96 | 30239 | ROM |
| | SAM'S CLUB | 97 | 14110 | PUL FOOD |
| | CASH | 98 | 600000 | ATM DEPOSIT CASH ON HAND |
| 16 | ADVANCED TECHNOL? | 99 | 53558 | BAL ATM EQUIPMENT |
| | COOW ONT | 3400 | 77450 | PUL BEER |
| 17 | A & C ICE | 01 | 22000 | PUL BER |
| | SYSCO FOODS | 02 | 9066 | PUL FOOD |
| | CINTAS | 03 | 70806 | ROM |
| | SYSCO FOODS | 04 | 33084 | PUL FOOD |
| 18 | SAM'S CLUB | 05 | 34034 | PUL FOOD |
| | AUHEWEL BWLH | 06 | 19300 | PUL BEER |
| 20 | SAM'S CLUB | 07 | 6438 | PUL FOOD |
| | ROY LOPEZ | 08 | 14814 | OFFICE 30.04 FOOD 117.90 |
| | COLO DEPT OF REV | 09 | 133000 | SALES TAX PAYABLE |
| | PRIDE ENT | 10 | 36896 | OFFICE |
| 21 | SAM'S CLUB | 11 | 609K | PUL FOOD |
| | SYSCO FOODS | 12 | 5334 | PUL FOOD |
| | AUHEWEL BWLH 13 | | 5600 | PUL BEER |
| | AUHEWEL BWLH | 14 | 6/625 | PUL BEER |
| | CASE INC | 15 | 87277 | PUL FOOD 8 225.52 PUL OTHER 647.25 |
| | SAM'S CLUB | 16 | 9060 | PUL FOOD |
| | COOW ONT | 17 | 48400 | PUL BEER |
| | SEE LATER | 18 | — | |

10-33952 EEB

| | Amt. | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 10 RLANS COMM. YG | 10/98-52 | PROP TAX | | | | | |
| RANS COMM. TAX | 103358 | PROP TAX | | | | | |
| 02 CLEAGER (OESIT) | 00002 | PUL FOOD | | | | | |
| 02 AUTO OWNER INS | 074400 | INS | | | | | |
| MEDICARE INS | 90870 | GCE INS | | | | | |
| XPEO STOLE (DEPIT) | 10908 | OFFICE | | | | | |
| 04 WELLS FALGO | 500000 | CASH ON HAND AT M | | | | | |
| PINNACOC | 04800 | INS | | | | | |
| SECULITY SEWER | 32759 | AUTO | | | | | |
| CHASE | 14058 | ENTA TRAVEL | | | | | |
| QWEST | 80K | TELE | | | | | |
| 02 WELLS FALGO | 7116 | VELVICE CHALGE | | | | | |
| 08 CLEAGER | 19306 | PUL FOOD | | | | | |
| XCEL ENERGY | 50790 | UTIL | | | | | |
| AMERICAN EXPRE | 53650 | PUL FOOD | | | | | |
| AFCO INS | 38231 | INS | | | | | |
| N.Y. LIFE | 0888 | BANK ERROR REVERSAL MATCH | | | | | |
| HARLAND CLARKE | 6255 | BANK VELVICE CHALGE | | | | | |
| BANK CALO | 47060 | BANK VELVICE CHALGE | | | | | |
| RACING AWOC | 14.30939 | STATEMENT % | | | | | |
| WELLS FALGO | 6484 | BANK VELVICE CHALGE | | | | | |
| SXSCO FOOD 337 | 38911 | PUL FOOD | | | | | |
| WELLS FALGO | 3560 | VELVICE CHG. | | | | | |
| | 20425644 | | | | | | |

| | BANK DEP | PAID OUT | CREDIT CALC | MISC |
|---|---|---|---|---|
| 1 | $ 408.50 | | $ 70.00 | $ 507.00 |
| 2 | 631.25 | 20.00 ADVANCE | 8/.00 | 737.25 |
| 3 | 700.25 | | 83.25 | 804.25 |
| 4 | 1,390.50 | 1000 ADVANCE | 319.00 | 1,731.50 |
| 5 | 1,729.25 | 2000 ADVANCE | 276.00 | 1,705.25 |
| 6 | 1,037.25 | 2000 ADVANCE | 201.25 | 1,236.10 |
| 7 | 556.25 | 40.00 ADVANCE | 252.25 | 618.25 |
| 8 | 411.25 | | 33.50 | 434.25 |
| 9 | 433.50 | 30.00 ADVANCE | 322.25 | 496.25 |
| 10 | 855.25 | 4000 ADVANCE | 133.50 | 1,037.25 |
| 11 | 1,565.50 | 1000 ADVANCE | 221.25 | 1,797.25 |
| 12 | 1,357.50 | 2000 ADVANCE | 216.00 | 1,583.50 |
| 13 | 1,195.25 | 40.00 ADVANCE | 165.50 | 1,401.25 |
| 14 | 309.25 | 20.00 ADVANCE | 45.00 | 394.25 |
| 15 | 717.25 | 500 ADVANCE | 1,082.25 | 1,159.00 |
| 16 | — | | — | — |
| 17 | 600.25 | 20.00 ADVANCE | 34.00 | 634.25 |
| 18 | 1,031.37 | 20.00 ADVANCE | 678.00 | 1,909.37 |
| 19 | 1,417.25 | | 146.00 | 1,563.25 |
| 20 | 276.25 | | 769.75 | 1,036.00 |
| 21 | 291.75 | 500 ADVANCE | 39.25 | 4/6.00 |
| 22 | 777.25 | 2000 ADVANCE | 16.00 | 793.25 |
| 23 | 257.25 | 2000 ADVANCE | 227.25 | 513.00 |
| 24 | 1,178.25 | 1500 ADVANCE | 130.25 | 1,304.00 |
| 25 | 1,183.50 | 1500 ADVANCE / 20.25 OFFICE | 796.00 | 2,025.25 |
| 26 | 1,793.25 | 2000 ADVANCE | 201.00 | 2,014.25 |
| 27 | 1,488.50 | 2000 ADVANCE / 3599 OK | 1,850 | 1,660.97 |
| 28 | 333.50 | 2000 ADVANCE | 37.50 | 411.00 |

TOTALS - CONCESSION SALES ONLY: $ 23,353.77    571 74    $ 6,221.21    $ 30,547.26

BACK FORM 1 Z.C.
MAIN ACCOUNT

OTHER REVENUE

10-33952 EEB

|  | BANK EXCH. | | |
|---|---|---|---|
| 2011 | DEP | CL.CALC | INCOME |
| 2/1 | $ 1,03405 | 1,03405 | 0 |
| 3 | 6,26000 | | REVT 626000 |
| | 7800 | 7800 | |
| 4 | 8100 | 8100 | |
| | 2000000 | | SIN EXCH 2000000 |
| 7 | 40702 | 40702 | |
| | 31900 | 31900 | |
| | 8350 | 8350 | |
| | 00025 | 00025 | |
| 10 | 10502 | 10502 | |
| | 0,00000 | | SIN EXCH 1500000 |
| 14 | 40370 | 40370 | |
| | 13050 | 13050 | |
| 15 | 0,62000 | | 000EV 062000 |
| | 21050 | 21050 | |
| 17 | 108125 | 108125 | |
| | 1700000 | | SIN EXCH 1700000 |
| 22 | 80900 | 80900 | |
| | 67800 | 67800 | |
| | 14600 | 14600 | |
| | 3400 | 3400 | |
| | 11600 | 11600 | |
| 24 | 39625 | | REVT 39625 |
| | 00025 | 00025 | |
| | 10200 | | VENONE 10200 |
| | 1700000 | | SIN EXCH 1700000 |
| 28 | 79600 | 79600 | |
| | 20100 | 20100 | |
| | 13070 | 13070 | |
| | 03622 | | MISC A?4 03622 |
| | | | |
| TOTALS | $ 86,13447 | $ 7199.50 | $ 78,93497 |

BANK RECONCILIATION
MAIN ACCOUNT

10-33952 EEB

ACCOUNT
3018036.333

BEG. BAL.                    $ 170,060.50
WITHDRAWS & CKS.               200,556.44
DEPOSITS                       109,888.32
                             $ 71,392.38

BAL. PER STATEMENT  $ 76,474.60
  D/T                   1,793.72
                        1,788.50
                          353.50

OUTSTANDING CKS.     8000
  3372 -               76.21
  3387 -              202.00
  3910 -              368.98
  3911 -               62.94
  3916 -               90.60
  3900 - 03303.02
  3901 -            2529.

BAL. PER BOOK  $ 71,392.38

# Expanded Business Services ® Package

Account number:  2018036232  ■ February 1, 2011 - February 28, 2011  ■ Page 1 of 6



BALL FOUR INC
DEBTOR IN POSSESSION
CH 11 CASE 10-33952 CO
11338 W 74TH PL
ARVADA CO 80005-3520

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

Announcing the new Business Insight Resource Center, offering free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $181,695.65 |
| Deposits/Credits | 106,508.64 |
| Withdrawals/Debits | - 211,729.69 |
| **Ending balance on 2/28** | **$76,474.60** |
| Average ledger balance this period | $91,797.77 |

Account number:  **2018036232**

**BALL FOUR INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 10-33952 CO**

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings - 000003905347336

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | 02/01Bankcard Deposit -0227473546 | 1,034.25 | | |
| 2/1 | | Harland Clarke Check/Acc. 013111 00047480075402 Ball Four Inc | | 67.55 | |

Account number: **2018036232** ■ February 1, 2011 - February 28, 2011 ■ Page 2 of 6


WELLS FARGO

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 2/1 | 3373 | Check | | 2,260.00 | |
| 2/1 | 3371 | Check | | 731.60 | |
| 2/1 | 3375 | Check | | 349.52 | |
| 2/1 | | Time Insurance Ins. Pymnt 110129 0000967115 Ball Four Inc | | 318.48 | |
| 2/1 | 3376 | Check | | 225.00 | |
| 2/1 | 3369 | Check | | 195.00 | |
| 2/1 | 3370 | Check | | 145.22 | |
| 2/1 | | Bill Pay American Express on-Line Xxxxxxxxxxx1000 on 02-01 | | 42.00 | |
| 2/1 | | Bill Pay Sportline of Arv on-Line xxx7196 on 02-01 | | 25.16 | 178,370.37 |
| 2/2 | | Online Transfer Ref #Ibemp9Mdps to Business Market Rate Savings xxxxxx6973 on 02/02/11 | | 50,000.00 | |
| 2/2 | | Ball Four Inc WF Payroll 110203 7006023 Payroll Obc | | 6,044.86 | |
| 2/2 | | Wells Fargo Busi Tax Col Payroll Denver 7006023 | | 1,601.81 | |
| 2/2 | | Ball Four Inc WF Payroll 110203 7006023 Payroll Invoice | | 63.52 | |
| 2/2 | 3377 | Check | | 382.11 | |
| 2/2 | 3374 | Check | | 378.65 | |
| 2/2 | | Bill Pay Sinclair Oil Cor on-Line xxx7669 on 02-02 | | 43.75 | 119,855.67 |
| 2/3 | | Deposit | 6,260.00 | | |
| 2/3 | | Deposit | 428.50 | | |
| 2/3 | | Deposit | 256.15 | | |
| 2/3 | | 02/03Bankcard Deposit -0227473546 | 78.50 | | |
| 2/3 | | Check Crd Purchase 02/01 Creager Mercantile CO Denver CO 425907xxxxxx4023 034140001352420 ?McC=5199 90 | | 162.68 | |
| 2/3 | | Check Crd Purchase 02/01 North American Sales G 303-426-0780 CO 425907xxxxxx4023 034140001280639 ?McC=7399 01 | | 122.00 | |
| 2/3 | | Check Crd Purchase 02/02 Xpedx Paper Store Arvada CO 425907xxxxxx4023 034140001802839 ?McC=5111 90 | | 73.50 | |
| 2/3 | | Online Transfer Ref #Ibexdgcg9W to Business Market Rate Savings xxxxxx6973 on 02/03/11 | | 50,000.00 | |
| 2/3 | | Fdms Okb Fee 110203 367187890887 Softball County #1 | | 44.90 | |
| 2/3 | | Fdms Okb Fee 110203 367187891885 Softball County | | 34.95 | |
| 2/3 | | Fdms Okb Interchng 110203 367187891885 Softball County | | 7.96 | |
| 2/3 | 3379 | Check | | 960.20 | |
| 2/3 | 3380 | Check | | 441.97 | |
| 2/3 | | Golden Rule Ins Ins. Prem. 110201 xxxxx3131 x | | 365.63 | |
| 2/3 | | Bill Pay Wells Fargo Fina on-Line xxxxxxxxx0001 on 02-03 | | 175.26 | |
| 2/3 | 3364 | Check | | 119.15 | |
| 2/3 | | Bill Pay Qwest Residentia on-Line xxxxxxxxx945R on 02-03 | | 43.51 | |
| 2/3 | | Universal Plan, ACH Xfer 000000 Brian Gentry | | 26.50 | 74,300.61 |
| 2/4 | | Deposit | 720.65 | | |
| 2/4 | | Deposit | 631.25 | | |
| 2/4 | | 02/04Bankcard Deposit -0227473546 | 81.00 | | |
| 2/4 | | Online Transfer Ref #Ibexdgk66J From Business Checking ACH Deposit | 20,000.00 | | |
| 2/4 | 3383 | Cashed Check | | 2,000.00 | |
| 2/4 | 3368 | Check | | 310.00 | |
| 2/4 | 3378 | Check | | 58.38 | |
| 2/4 | | Bill Pay Cricket Communic on-Line xxxxxx8457 on 02-04 | | 48.89 | 93,316.24 |
| 2/7 | | Deposit | 1,429.75 | | |
| 2/7 | | Deposit | 1,392.50 | | |
| 2/7 | | Deposit | 1,034.75 | | |
| 2/7 | | 02/07Bankcard Deposit -0227473546 | 536.22 | | |
| 2/7 | | 02/07Bankcard Deposit -0227473546 | 457.25 | | |
| 2/7 | | 02/07Bankcard Deposit -0227473546 | 319.00 | | |
| 2/7 | | 02/07Bankcard Deposit -0227473546 | 83.50 | | |
| 2/7 | | Check Crd Purchase 02/03 Creager Mercantile CO Denver CO 425907xxxxxx4023 037140004435139 ?McC=5199 90 | | 69.62 | |
| 2/7 | | Check Crd Purchase 02/04 Frontier Ai 4222606232 Frontier Web OK 425907xxxxxx4023 037140000239962 ?McC=3132 01 | | 20.00 | 98,479.59 |
| 2/8 | | 02/08Bankcard Deposit -0227473546 | 22.25 | | |
| 2/8 | | Online Dep Detail & Images | | 3.00 | |
| 2/8 | | Bill Pay Denver Syrup on-Line xxx2307 on 02-08 | | 1,266.95 | |

Account number: **2018036232** ■ February 1, 2011 - February 28, 2011 ■ Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------|-------------|-------------------|---------------------|----------------------|
| 2/8 | | Bill Pay Waste Management on-Line Xxxxxxxxxx5140 on 02-08 | | | |
| 2/9 | 3382 | Check | | 183.24 | 97,048.65 |
| 2/10 | | Deposit | | 44.00 | 97,004.65 |
| 2/10 | | Deposit | 556.25 | | |
| 2/10 | | 02/10Bankcard Deposit -0227473546 | 411.25 | | |
| 2/10 | | Check Crd Purchase 02/09 Haas Rock Publications 303-469-3415 CO 425907xxxxxx4023 041140001380272 ?McC=5192 01 | 115.25 | 500.00 | |
| 2/10 | | Bankcard Fee - 0227473546 | | | |
| 2/10 | | Recurring Transfer Ref #Opethfrqsv to Business Market Rate Savings xxxxxx6973 | | 470.60 100.00 | |
| 2/10 | | Bankcard Discount Fee - 0227473546 | | | |
| 2/10 | | Bankcard Interchange Fee - 0227473546 | | 91.08 | |
| 2/10 | 3384 | Check | | 7.71 | |
| 2/11 | | Deposit | | 495.31 | 96,423.20 |
| 2/11 | | Online Transfer Ref #Ibefw7Yzj5 From Business Checking ACH Pmt | 433.50 15,000.00 | | |
| 2/11 | | Bill Pay DIRECTV on-Line xxxxx8862 on 02-11 | | | |
| 2/11 | 3387 | Check | | 273.98 | |
| 2/14 | | Deposit | | 87.76 | 111,494.96 |
| 2/14 | | Deposit | 1,565.50 | | |
| 2/14 | | 02/14Bankcard Deposit -0227473546 | 855.25 | | |
| 2/14 | | 02/14Bankcard Deposit -0227473546 | 437.75 | | |
| 2/14 | | Check Crd Purchase 02/11 Xpedx Paper Store Arvada CO 425907xxxxxx4023 044140005467849 ?McC=5111 90 | 132.50 | 72.00 | |
| 2/14 | 3391 | Check | | | |
| 2/14 | 3385 | Check | | 3,500.90 | |
| 2/14 | 3390 | Check | | 813.38 | |
| 2/14 | 3386 | Check | | 627.00 | |
| 2/14 | 3392 | Check | | 433.90 | |
| 2/14 | 3389 | Check | | 309.00 | |
| 2/14 | 3388 | Check | | 184.02 | |
| 2/14 | | Bill Pay Crestview Water on-Line xxxxx3000 on 02-14 | | 156.27 | |
| 2/15 | | Deposit | | 67.08 | 108,322.41 |
| 2/15 | | Deposit | 2,620.00 | | |
| 2/15 | | Deposit | 1,357.50 | | |
| 2/15 | | 02/15Bankcard Deposit -0227473546 | 1,195.75 | | |
| 2/15 | | Bill Pay American Express on-Line Xxxxxxxxxx1000 on 02-15 | 210.50 | | |
| 2/15 | 3394 | Check | | 1,018.00 | |
| 2/15 | 3393 | Check | | 290.02 | |
| 2/15 | | United World Hth Feb Insprm 110215 5Vx302 Larry Gentry | | 188.90 | |
| 2/16 | 3398 | Cashed Check | | 168.80 | 112,040.44 |
| 2/16 | | Bill Pay Racing Associate on-Line Xxxxptsc on 02-16 | | 6,000.00 | |
| 2/16 | 3399 | Check | | 14,309.39 | |
| 2/16 | | Bill Pay Qwest Residentia on-Line xxxxxxxxxx284B on 02-16 | | 1,255.58 | |
| 2/16 | 3396 | Check | | 623.45 | |
| 2/17 | | 02/17Bankcard Deposit -0227473546 | 1,081.75 | 305.39 | 89,546.63 |
| 2/17 | | Deposit | 329.25 | | |
| 2/17 | | Deposit | 71.75 | | |
| 2/17 | | Ball Four Inc WF Payroll 110218 7006023 Payroll Obc | | 17,354.46 | |
| 2/17 | | Wells Fargo Busi Tax Col Payroll Denver 7006023 | | 6,236.74 | |
| 2/17 | | Ball Four Inc WF Payroll 110218 7006023 Payroll Invoice | | 64.24 | |
| 2/17 | 3400 | Check | | 774.50 | |
| 2/17 | 3397 | Check | | 141.10 | |
| 2/17 | | Bill Pay North Pecos Wate on-Line 31.1 on 02-17 | | 131.41 | |
| 2/17 | | Bill Pay American Concess on-Line xxx3867 on 02-17 | | 130.89 | |
| 2/17 | 3402 | Check | | 90.66 | |
| 2/17 | | Bill Pay Enviropest on-Line xx8186 on 02-17 | | 85.00 | |
| 2/17 | | Bill Pay New York Life IN on-Line xxxx0952 on 02-17 | | 28.88 | 65,991.50 |
| 2/18 | | Online Transfer Ref #Ibefw983N2 From Business Checking ACH Deposit | 17,000.00 | | |
| 2/18 | | Bill Pay Adams County Tre on-Line xxxx9624 on 02-18 | | 10,198.52 | |
| 2/18 | | Bill Pay Adams County Tre on-Line xxxx9622 on 02-18 | | 1,232.98 | |


WELLS FARGO

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 2/18 | 3403 | Check | | | |
| 2/18 | 3404 | Check | | 728.06 | |
| 2/18 | 3395 | Check | | 330.84 | |
| 2/18 | 3401 | Check | | 283.10 | |
| 2/22 | | Deposit | | 220.50 | 69,997.50 |
| 2/22 | | Deposit | 1,417.25 | | |
| 2/22 | | 02/22Bankcard Deposit -0227473546 | 1,231.37 | | |
| 2/22 | | Deposit | 809.00 | | |
| 2/22 | | 02/22Bankcard Deposit -0227473546 | 756.25 | | |
| 2/22 | | Deposit | 678.00 | | |
| 2/22 | | 02/22Bankcard Deposit -0227473546 | 600.75 | | |
| 2/22 | | 02/22Bankcard Deposit -0227473546 | 146.00 | | |
| 2/22 | | Check Crd Purchase 02/18 Creager Mercantile CO Denver CO 425907xxxxxx4023 051140001301628 7McC=5199 90 | 34.00 | 228.37 | |
| 2/22 | 3405 | Check | | | |
| 2/22 | 3407 | Check | | 242.54 | |
| 2/23 | | 02/23Bankcard Deposit -0227473546 | | 64.38 | 75,134.83 |
| 2/23 | | Bill Pay Auto-Owners Insu on-Line xxxxx5618 on 02-23 | 116.00 | | |
| 2/23 | | Bill Pay Medicare Collect on-Line xxxxxx965T on 02-23 | | 2,744.00 | |
| 2/23 | | Check | | 908.50 | |
| 2/24 | | Deposit | | 195.00 | 71,403.33 |
| 2/24 | | Deposit | 757.25 | | |
| 2/24 | | Deposit | 396.75 | | |
| 2/24 | | 02/24Bankcard Deposit -0227473546 | 321.75 | | |
| 2/24 | | Deposit | 235.25 | | |
| 2/24 | | Check Crd Purchase 02/23 Xpedx Paper Store Arvada CO 425907xxxxxx4023 055140002373625 7McC=5111 90 | 122.00 | 104.25 | |
| 2/24 | | Online Transfer Ref #Ibebz8K7S4 to Business Checking ATM Petty Cash | | 4,000.00 | |
| 2/24 | 3409 | Check | | 1,350.00 | |
| 2/24 | | Bill Pay Pinnacol Assuran on-Line xxx7617 on 02-24 | | 548.00 | |
| 2/24 | | Bill Pay Security Service Recurringxxxxxx6020 on 02-24 | | 375.59 | |
| 2/24 | | Bill Pay Chase Card Servi on-Line Xxxxxxxxxxx7083 on 02-24 | | 140.88 | |
| 2/24 | | Bill Pay Qwest Residentia on-Line xxxxxxxxxx839B on 02-24 | | 82.45 | 66,635.16 |
| 2/25 | | Deposit | 257.75 | | |
| 2/25 | | Online Transfer Ref #Ibe8477Srr From Business Checking ACH Deposit | 17,000.00 | | |
| 2/25 | 3415 | Check | | 872.77 | |
| 2/25 | | Fdgl Lease Pymt 110225 052-0521691-000 Ballfour Inc | | 35.58 | |
| 2/25 | | Fdgl Lease Pymt 110225 052-0521693-000 Ballfour Inc | | 35.58 | 82,948.98 |
| 2/28 | | Deposit | 1,183.50 | | |
| 2/28 | | Deposit | 1,178.25 | | |
| 2/28 | | 02/28Bankcard Deposit -0227473546 | 796.00 | | |
| 2/28 | | 02/28Bankcard Deposit -0227473546 | 201.00 | | |
| 2/28 | | 02/28Bankcard Deposit -0227473546 | 130.75 | | |
| 2/28 | | Check Crd Purchase 02/25 Creager Mercantile CO Denver CO 425907xxxxxx4023 058140001309626 7McC=5199 90 | | 195.08 | |
| 2/28 | | Bill Pay Xcel Energy on-Line xxxxxx3496 on 02-28 | | 5,079.20 | |
| 2/28 | 3422 | Check | | 2,210.00 | |
| 2/28 | 3414 | Check | | 616.25 | |
| 2/28 | | Bill Pay American Express on-Line Xxxxxxxxxx1000 on 02-28 | | 586.96 | |
| 2/28 | 3417 | Check | | 484.00 | |
| 2/28 | | Bill Pay Afco Insurance on-Line xxxxxxxx9201 on 02-28 | | 387.31 | |
| 2/28 | 3413 | Check | | 156.00 | |
| 2/28 | 3408 | Check | | 148.14 | |

Account number:  2018036232  ■ February 1, 2011 - February 28, 2011  ■ Page 5 of 6



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/28 | 3412 | Check | | | |
| 2/28 | | Cash Deposited Fee | | 65.34 | |
| Ending balance on 2/28 | | | | 35.60 | 76,474.60 |
| | | | | | 76,474.60 |
| **Totals** | | | **$106,508.64** | **$211,729.69** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| | 2/23 | 195.00 | 3384 | 2/10 | 495.31 | 3400 | 2/17 | 774.50 |
| 3364 | 2/3 | 119.15 | 3385 | 2/14 | 813.38 | 3401 | 2/18 | 220.50 |
| 3368 * | 2/4 | 310.00 | 3386 | 2/14 | 433.90 | 3402 | 2/17 | 90.66 |
| 3369 | 2/1 | 195.00 | 3387 | 2/11 | 87.76 | 3403 | 2/18 | 728.06 |
| 3370 | 2/1 | 145.22 | 3388 | 2/14 | 156.27 | 3404 | 2/18 | 330.84 |
| 3371 | 2/1 | 731.60 | 3389 | 2/14 | 184.02 | 3405 | 2/22 | 242.54 |
| 3373 * | 2/1 | 2,260.00 | 3390 | 2/14 | 627.00 | 3407 * | 2/22 | 64.38 |
| 3374 | 2/2 | 378.65 | 3391 | 2/14 | 3,500.90 | 3408 | 2/28 | 148.14 |
| 3375 | 2/1 | 349.52 | 3392 | 2/14 | 309.00 | 3409 | 2/24 | 1,350.00 |
| 3376 | 2/1 | 225.00 | 3393 | 2/15 | 188.90 | 3412 * | 2/28 | 65.34 |
| 3377 | 2/2 | 382.11 | 3394 | 2/15 | 290.02 | 3413 | 2/28 | 156.00 |
| 3378 | 2/4 | 58.38 | 3395 | 2/18 | 283.10 | 3414 | 2/28 | 616.25 |
| 3379 | 2/3 | 960.20 | 3396 | 2/16 | 305.39 | 3415 | 2/25 | 872.77 |
| 3380 | 2/3 | 441.97 | 3397 | 2/17 | 141.10 | 3417 * | 2/28 | 484.00 |
| 3382 * | 2/9 | 44.00 | 3398 | 2/16 | 6,000.00 | 3422 * | 2/28 | 2,210.00 |
| 3383 | 2/4 | 2,000.00 | 3399 | 2/16 | 1,255.58 | | | |

*   Gap in check sequence.

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 22,800 | 5,000 | 17,800 | 0.002 | 35.60 |
| Paid and Deposited Items | 62 | 300 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$35.60** |

Read the latest updates about the integration efforts under way between Wells Fargo and Wachovia. Visit
wellsfargo.com/wachovia/news.

**DEBTOR:** _BALL FOUR INC._      **CASE NO:** _10-33952 EEB_

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _2/1_ to _2/28 2011_

### CASH FLOW SUMMARY

|  | Current Month | | Accumulated |
|---|---|---|---|
| **1. Beginning Cash Balance** | $ _362_ (1) | $ | _206,761_ (1) |

2. Cash Receipts    (SEE ATTACHED)
   Operations      _69,194_
   Sale of Assets
   Loans/advances
   Other

   Total Cash Receipts    $ _69,761_    $ _206,761_

3. Cash Disbursements    (SEE ATTACHED)
   Operations
   Debt Service/Secured loan payment
   Professional fees/U.S. Trustee fees
   Other

   Total Cash Disbursements    $ _69,100_    $ _206,300_

4. Net Cash Flow (Total Cash Receipts less
   Total Cash Disbursements)    _461_    _461_

5 Ending Cash Balance (to Form 2-C)    $ _461_ (2)    $ _461_ (2)

### CASH BALANCE SUMMARY

|  | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account · _SIMUCANT ACCT_ | _461_ | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ _461_ (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
  Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

DEBTOR: _BALL FOUR INC_                    CASE NO: _10-33952 EEB_

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _2/1_ to _2/28 2011_

**CASH RECEIPTS DETAIL**
*(attach additional sheets as necessary)*          **Account No:** _0018036040_

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       | (SEE ATTACHED) | $ |

**Total Cash Receipts**          $ _69,194_ (1)

1) *Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 12/10/2009

**DEBTOR:** _BALL FOUR INC_                    **CASE NO:** _10-33952 EEB_

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _2/1_ to _2/28 2011_

**CASH DISBURSEMENTS DETAIL**
*(attach additional sheets as necessary)*                **Account No:** _201803603410_

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           | (SEE ATTACHED) | | $ |

Total Cash Disbursements        $ _69100_ (1)

(1) *Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

| 10-33952 EEB | DEPOSIT<br>Bank | RECEIVE<br>Source | | | | | |
|---|---|---|---|---|---|---|---|
| 24 RACING ASSOCIATION | $16,737.23 | 16,737.23 | | | | | |
| 4 RACING ASSOCIATION | 3,821.71 | 3,821.71 | | | | | |
| 11 | 14,647.41 | 14,647.41 | | | | | |
| 18 | 16,562.41 | 16,562.41 | | | | | |
| 27 | 17,424.64 | 17,424.64 | | | | | |
| TOTALS | $69,194.10 | $69,194.10 | | | | | |

10-33952 EEB

| | | WITHDRAWAL | BANK | | | | |
|---|---|---|---|---|---|---|---|
| | | DEBIT | EXCH | | | | |
| 24 | | $ 20,000 | $ 20,000 | | | ⏉ | |
| 10 | TO SAVINGS | 100 | | | | | 100 |
| | | 15,000 | 15,000 | | | | |
| | | 13,000 | 13,000 | | | | |
| | | 17,000 | 17,000 | | | | |
| | | | | | | | |
| | | $ 69,100 | 69,000 | | | $ 100 | |

# Advantage Business Package Checking

Account number:  2018036240  ▪ February 1, 2011 - February 28, 2011  ▪ Page 1 of 3



BALL FOUR INC
DEBTOR IN POSSESSION
CH 11 CASE 10-33952 CO
11338 W 74TH PL
ARVADA CO 80005-3520

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

Announcing the new Business Insight Resource Center, offering free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $366.21 |
| Deposits/Credits | 69,194.10 |
| Withdrawals/Debits | - 69,100.00 |
| **Ending balance on 2/28** | **$460.31** |
| Average ledger balance this period | $460.11 |

Account number:  2018036240
**BALL FOUR INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 10-33952 CO**
*Colorado account terms and conditions apply*
For Direct Deposit and Automatic Payments use
Routing Number (RTN): 102000076
For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
- ▪ Savings - 000003905346973

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/4 | | Racing Assoc Payments Ball Four Simulcast Acct.\ | 16,737.93 | | |
| 2/4 | | Racing Assoc Payments Ball Four Simulcast Acct.\ | 3,821.71 | | |

Account number:  2018036240  ▪ February 1, 2011 - February 28, 2011  ▪ Page 2 of 3



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 2/4  |       | Online Transfer Ref #Ibexdgk66J to Expanded Bus Services Pack ACH Deposit | | 20,000.00 | 925.85 |
| 2/10 |       | Recurring Transfer Ref #Opempbqsj9 to Business Market Rate Savings xxxxxx7336 | | 100.00 | 825.85 |
| 2/11 |       | Racing Assoc Payments Ball Four Simulcast Acct.\ | 14,647.41 | | |
| 2/11 |       | Online Transfer Ref #Ibefw7Yzj5 to Expanded Bus Services Pack ACH Pmt | | 15,000.00 | 473.26 |
| 2/18 |       | Racing Assoc Payments Ball Four Simulcast Acct.\ | 16,562.41 | | |
| 2/18 |       | Online Transfer Ref #Ibefw983N2 to Expanded Bus Services Pack ACH Deposit | | 17,000.00 | 35.67 |
| 2/25 |       | Racing Assoc Payments Ball Four Simulcast Acct.\ | 17,424.64 | | |
| 2/25 |       | Online Transfer Ref #Ibe8477Srr to Expanded Bus Services Pack ACH Deposit | | 17,000.00 | 460.31 |
| Ending balance on 2/28 | | | | | 460.31 |
| Totals | | | $69,194.10 | $69,100.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Paid and Deposited Items | 5 | 150 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

Read the latest updates about the integration efforts under way between Wells Fargo and Wachovia. Visit
wellsfargo.com/wachovia/news.

**DEBTOR:** _BALL FOUR INC_   **CASE NO:** _10-33952 EEC_

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _2/1_ to _2/28_ _2011_

## CASH FLOW SUMMARY

|  | Current Month | | Accumulated | |
|---|---|---|---|---|
| 1. Beginning Cash Balance | $ _400_ | (1) | $ _500_ | (1) |
| 2. Cash Receipts  SAVINGS | | | | |
|    Operations | _100_ | | | |
|    Sale of Assets | | | | |
|    Loans/advances | | | | |
|    Other | | | | |
|    Total Cash Receipts | $ _100_ | | $ _500_ | |
| 3. Cash Disbursements | | | | |
|    Operations | | | | |
|    Debt Service/Secured loan payment | | | | |
|    Professional fees/U.S. Trustee fees | | | | |
|    Other | | | | |
|    Total Cash Disbursements | $ _0_ | | $ _0_ | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | | | |
| 5 Ending Cash Balance (to Form 2-C) | $ _500_ | (2) | $ _500_ | (2) |

## CASH BALANCE SUMMARY

|  | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account  SAVINGS | _500_ | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ _500_ (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
   Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

**DEBTOR:** _BALL FOOD LLC_   **CASE NO:** _10-33952 EEB_

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _2/1_ to _2/28_ 2011

**CASH RECEIPTS DETAIL**
*(attach additional sheets as necessary)*   **Account No:** _390534 2336_

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 2/10 | BUSINESS CHECKING | EXCH. SAVINGS | $ 100 |

Total Cash Receipts     $ _100_ (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

# Business Market Rate Savings

Account number:   3905347336   ■   February 1, 2011 - February 28, 2011   ■   Page 1 of 3



BALL FOUR INC
DEBTOR IN POSSESSION
CH 11 CASE 10-33952 CO
11338 W 74TH PL
ARVADA CO 80005-3520

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

Announcing the new Business Insight Resource Center, offering free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $400.09 |
| Deposits/Credits | 100.05 |
| Withdrawals/Debits | - 0.01 |
| **Ending balance on 2/28** | **$500.13** |
| Average ledger balance this period | $467.94 |

Account number:   **3905347336**
**BALL FOUR INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 10-33952 CO**

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.05 |
| Average collected balance | $467.94 |
| Annual percentage yield earned | 0.14% |
| Interest earned this statement period | $0.05 |
| Interest paid this year | $0.10 |
| Total interest paid in 2010 | $0.06 |

## Interest withheld

| | |
|---|---|
| Interest withheld this period | $0.01 |
| Interest withheld this year | $0.02 |
| Total interest withheld in 2010 | $0.01 |

Account number: **3905347336** ■ February 1, 2011 - February 28, 2011 ■ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 2/10 | Recurring Transfer Ref #Opempbqsj9 From Business Checking xxxxx6240 | 100.00 | | 500.09 |
| 2/28 | Interest Payment | 0.05 | | |
| 2/28 | Federal Tax Withheld | | 0.01 | 500.13 |
| Ending balance on 2/28 | | | | 500.13 |
| Totals | | $100.05 | $0.01 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Read the latest updates about the integration efforts under way between Wells Fargo and Wachovia. Visit wellsfargo.com/wachovia/news.

DEBTOR: _BALL FOUR INC._          CASE NO: _10-33952 EEB_

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _2/1_ to _2/28 2011_

### CASH FLOW SUMMARY

|  | Current Month | | Accumulated |
|---|---|---|---|
| 1. Beginning Cash Balance | $ _26,410_ (1) | $ | _106,531_ (1) |
| 2. Cash Receipts | _100,118_ | | |
| Operations | | | |
| Sale of Assets | | | |
| Loans/advances | | | |
| Other | | | |
| Total Cash Receipts | $ _100,118_ | $ | _106,531_ |
| 3. Cash Disbursements | ◡ | | |
| Operations | | | |
| Debt Service/Secured loan payment | | | |
| Professional fees/U.S. Trustee fees | | | |
| Other | | | |
| Total Cash Disbursements | $ _5_ | $ | _8_ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | _100,113_ | | |
| 5 Ending Cash Balance (to Form 2-C) | $ _106,523_ (2) | $ | _106,523_ (2) |

### CASH BALANCE SUMMARY

|  | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account  (SAVING) | _106,523_ | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ _106,523_ (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
  Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

**DEBTOR:** _BALL FOUR INC_   **CASE NO:** _10-33952 EEB_

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _2/1_ to _2/28 /011_

**CASH RECEIPTS DETAIL**
*(attach additional sheets as necessary)*   **Account No:** _3900346 973_

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 2/2 | EXCH. GW ACCOUNT | EXCH | $ 50,000 |
| 2/3 | EXCH. BW. ACCOUNT | EXCH | 50,000 |
| 2/10 | EXCH. BUS. ACCOUNT | EXCH | 100 |
| 2/28 | WELL FARGO | INT. | 18 |

Total Cash Receipts   $ _100,118_ (1)

') *Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

DEBTOR: _BALL FOUR INC_

CASE NO: _10-33952 EEB_

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _2/1_ to _2/28 2011_

**CASH DISBURSEMENTS DETAIL**
*(attach additional sheets as necessary)*

Account No: _3825346923_

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 2/28 | | FED WITHHOLDING | | $ -0- |

**Total Cash Disbursements**   $ _-0-_ (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

# Business Market Rate Savings

Account number:  3905346973  ■ February 1, 2011 - February 28, 2011  ■ Page 1 of 3



BALL FOUR INC
DEBTOR IN POSSESSION
CH 11 CASE 10-33952 CO
11338 W 74TH PL
ARVADA CO 80005-3520

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

Announcing the new Business Insight Resource Center, offering free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $26,409.08 |
| Deposits/Credits | 100,118.58 |
| Withdrawals/Debits | - 5.20 |
| **Ending balance on 2/28** | **$126,522.46** |
| Average ledger balance this period | $121,119.79 |

Account number:  3905346973
**BALL FOUR INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 10-33952 CO**

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $18.58 |
| Average collected balance | $121,119.79 |
| Annual percentage yield earned | 0.20% |
| Interest earned this statement period | $18.58 |
| Interest paid this year | $23.06 |
| Total interest paid in 2010 | $8.12 |

## Interest withheld

| | |
|---|---|
| Interest withheld this period | $5.20 |
| Interest withheld this year | $6.45 |
| Total interest withheld in 2010 | $2.27 |

Account number: **3905346973** ■ February 1, 2011 - February 28, 2011 ■ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 2/2 | Online Transfer Ref #Ibemp9Mdps From Expanded Bus Services Pack xxxxxx6232 on 02/02/11 | 50,000.00 | | 76,409.08 |
| 2/3 | Online Transfer Ref #Ibexdgcg9W From Expanded Bus Services Pack xxxxxx6232 on 02/03/11 | 50,000.00 | | 126,409.08 |
| 2/10 | Recurring Transfer Ref #Opethfrqsv From Expanded Bus Services Pack xxxxxx6232 | 100.00 | | 126,509.08 |
| 2/28 | Interest Payment | 18.58 | | |
| 2/28 | Federal Tax Withheld | | 5.20 | 126,522.46 |
| Ending balance on 2/28 | | | | 126,522.46 |
| Totals | | $100,118.58 | $5.20 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Read the latest updates about the integration efforts under way between Wells Fargo and Wachovia. Visit wellsfargo.com/wachovia/news.

**DEBTOR:** _Ball Four Inc_            **CASE NO:** _10-33952 EEB_

## Form 2-D
### PROFIT AND LOSS STATEMENT
**For Period** _3/1_ to _3/08 2011_

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ _109,859_ | $ _666,951_ |
| Less: Discounts, Returns and Allowances | ( _____ ) | ( _____ ) |
| **Net Operating Revenue** | $ _109,859_ | $ _666,951_ |
| Cost of Goods Sold | _8,553_ | _69,908_ |
| **Gross Profit** | $ _101,306_ | $ _597,023_ |
| Operating Expenses   (SEE ATTACHED) |  |  |
| Officer Compensation | $ _75,117_ | $ |
| Selling, General and Administrative |  |  |
| Rents and Leases |  |  |
| Depreciation, Depletion and Amortization |  |  |
| Other (list): _____ |  |  |
| _____ |  |  |
| **Total Operating Expenses** | $ _75,117_ | $ _366,606_ |
| **Operating Income (Loss)** | $ _26,189_ | $ _230,417_ |
| Non-Operating Income and Expenses |  |  |
| Other Non-Operating Expenses | $ | $ |
| Gains (Losses) on Sale of Assets |  |  |
| Interest Income |  |  |
| Interest Expense |  |  |
| Other Non-Operating Income |  |  |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses |  |  |
| Legal and Professional Fees | $ | $ |
| Other Reorganization Expense |  |  |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ _26,189_ | $ _230,417_ |
| Federal and State Income Tax Expense (Benefit) |  |  |
| **NET INCOME (LOSS)** | $ _26,189_ | $ _230,417_ |

(1) *Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 12/10/2009

2/1 - 2/28 2011

OPERATING REVENUE

10-33952 EEB

10-33952 EEB

EMPLOYEE SALES $ 165

CONCESSIONS - BEV. 30,047

RENT 6,657

SIMULCAST REV. 69,194

INTEREST 18

MISCELLANEOUS 3,278

TOTAL REVENUE $109,859

BALL FOUR INC.
2/1-2/28 2011

10-33952 EEB

OPERATING EXP.

| 10-33952 EEB | AMT |
|---|---|
| ALARM | $ 102 |
| AUTO | 702 |
| ADVERTISING | 500 |
| BANK SERVICE CHG | 962 |
| ENT & TRAVEL | 2,719 |
| GROUP HEALTH INS | 1,469 |
| INSURANCE | 7,054 |
| PROP. TAX EQUIP. | 960 |
| PROP. TAX REAL | 11,422 |
| P/R TAXES | 2,222 |
| OFFICE | 1,408 |
| REPAIRS & MAINT. | 1,637 |
| SIMULCAST FEE | 14,309 |
| SALARIES OTHERS | 9,062 |
| SALARIES OFFICERS | 14,000 |
| TELEPHONE | 803 |
| UTILITIES | 5,978 |
| U.I. TAXES | 358 |
| TOTAL | $ 75,117 |

**DEBTOR:** _Ball Four Inc_   **CASE NO:** _10-33952-EEB_

### Form 2-E
### SUPPORTING SCHEDULES
**For Period:** _2/1_ to _2/28_ _2011_

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: |  |  |  |  |  |  |
| Federal | $ 338 | $ 2,309 | $ 2,036 | 2/1 2/18 WF | $ | 111 |
| State | 146 | 812 | 908 | 2/1 ~ 2/18 WF |  | 50 |
| FICA Tax Withheld | 436 | 1,369 | 1,715 | 2/1 2/18 WF |  | 80 |
| Employer's FICA Tax | 55 | 1,764 | 1,819 | 2/1 2/18 WF |  | -0- |
| Unemployment Tax |  |  |  |  |  |  |
| Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes | 1,350 | 1,413 | 1,350 | 2/20 | 3409 | 1,413 |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: |  |  |  |  |  |  |
| Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| **TOTALS** | $ 2,315 | $ 7,667 | $ 8,228 |  |  | $ 1,651 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ | $ |  |
| General Liability |  | $ | $ |  |
| Property (Fire, Theft) |  | $ | $ |  |
| Vehicle |  | $ | $ |  |
| Other (list): |  | $ | $ |  |
|  |  | $ | $ |  |

XXX ALL TAXES PAID BY WELLS FARGO
EACH TIME P/R IS DONE

DEBTOR: _BALL FOUR INC_                          CASE NO: _10-33952 EEB_

### Form 2-E
### SUPPORTING SCHEDULES
For Period: _3/1_ to _3/28 2011_

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | 275 | |
| **Total Post Petition** | 269,332 | |
| **Pre Petition Amounts** | 269,057 | |
| Total Accounts Receivable | $ 269,332 | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ 269,332 | |

Total Post Petition
Accounts Payable  $ _1,655_

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 13,025 | $ 2,335 | $ -0- | 10/12/10 | $ 15,690 WEIMAN & ASSOC |
| Counsel for Unsecured Creditors' Committee | 19,218 | 280 | -0- | 10/10/10 | 19,498 ALLEN VECONE |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ 32,243 | $ 2,625 | $ -0- | | $ 35,188 |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| JOAN GENTRY | VCE / TREAS | OFFICER SALARY | $ 7,000 |
| LARRY GENTRY | PRES | OFFICER SALARY | 7,000 |

*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

DEBTOR: _BALL FOUR INC._    CASE NO: _10-33952 EEB_

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: _2 for 2011_

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ 202,877 | $ 19,000 |
| Accounts Receivable (from Form 2-E) | 269,332 | 269,057 |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | 19,176 | 17,065 |
| Other Current Assets (List) _DEPOSIT CYCLE_ | 6,000 | |
| _CASH ON HAND_ | 25,800 | 11,800 |
| Total Current Assets | $ 488,185 | $ 317,422 |
| Fixed Assets: | | |
| Land | | |
| Building | $ 14,000,000 | $ 14,000,000 |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | 2,130,597 | 2,115,284 |
| Less Accumulated Depreciation | (16,130,597) | (16,115,284) |
| Net Fixed Assets | $ 4,119,420 | $ 1,000,000 |
| Other Assets (List): _LOAN FEE $ 70,989_ | $ 25,014,177 | $ 15,456,998 |
| _LESS AMORT $ 9,784_ | | |
| **TOTAL ASSETS** | 1,205 | |
| | $ 15,583,562 | $ |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ 1,655 | $ |
| Post-petition Accrued Professional Fees (from Form 2-E) | 35,188 | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ 36,843 | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | 3,021,158 | 3,021,158 |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | 212,232 | 212,232 |
| | $ 3,483,390 | $ 3,483,390 |
| **TOTAL LIABILITIES** | $ 3,520,233 | $ 3,483,390 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| **TOTAL OWNERS' EQUITY** | $ 62,072,334 | $ 11,943,608 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 62,072,334 | $ 15,426,998 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

**DEBTOR:** _BALL FOUL INC_          **CASE NO:** _10-33952 EEB_

### Form 2-G
### NARRATIVE
For Period Ending _2/28/11_

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.